IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )    No.20-05006-01-CR-SW-RK
                                 )
YALEX GUSTAVO RODAS-RODAS,       )
                                 )
                    Defendant.   )


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**


The Defendant, by consent, has appeared before me pursuant to
Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has
entered a plea of guilty to the Information filed on February 10,
2020.  After cautioning and examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determined
that the guilty plea was knowledgeable and voluntary, and that the
offense charged is supported by a factual basis for each of the
essential elements of the offense.  I therefore recommend that the
plea of guilty be accepted and that the Defendant be adjudged
guilty and have sentence imposed accordingly.


Date:  February 10, 2020          _/s/ David P. Rush_
                                  DAVID P. RUSH
                                  UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).